BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $66,379.31 IN U.S. CURRENCY SEIZED FROM GOLDEN ONE CREDIT UNION ACCOUNT NUMBER 1321409-2, AND<br><br>APPROXIMATELY $3,905.03 IN U.S. CURRENCY SEIZED FROM GOLDEN ONE CREDIT UNION ACCOUNT NUMBER 909462-0,<br><br>Defendants. | 2:12-MC-00081-WBS-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Abbas M. Tourzani, in *propria persona* ("claimant"), as follows:

1.     On or about July 26, 2012, claimant Abbas M. Tourzani filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $66,379.31 in U.S. Currency seized from Golden One Credit Union account number 1321409-2 and Approximately $3,905.0331 in U.S. Currency seized from Golden One Credit Union account number 909462-0 (hereafter "defendant funds"), which were seized on June 19, 2012.

2.  The Internal Revenue Service - Criminal Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is October 24, 2012.

4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to December 19, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to December 19, 2012.

Dated:   10/11/12                     BENJAMIN B. WAGNER
                                      United States Attorney

                                       /s/ Kevin C. Khasigian
                                      KEVIN C. KHASIGIAN
                                      Assistant U.S. Attorney


Dated:   10/11/12                     /s/ Abbas M. Tourzani
                                      ABBAS M. TOURZANI
                                      Claimant *in propria persona*
                                      (Authorized via telephone on 10/11/12)

IT IS SO ORDERED.

Dated:   October 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Stipulation and Order to Extend Time